IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS H. HUDSON | * |
| | * |
|     PLAINTIFF | * |
| VS. | *   CIVIL ACTION NO. 16-823-JWD-RLB |
| | * |
| | * |
| BAYVIEW LOAN SERVICING, LLC, | * |
| EQUIFAX INFORMATION SERVICES, | * |
| L.L.C. AND EXPERIAN INFORMATION | * |
| SOLUTIONS, INC. | * |
|     DEFENDANTS | * |

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes Thomas H. Hudson, plaintiff herein, who notifies the court that he has settled his claims against defendant Bayview Loan Servicing, LLC , and requests the court enter a conditional dismissal of his claims.

 

                                                **DONOHUE, PATRICK & SCOTT**
                                                A Professional Limited Liability Company

| | |
|---|---|
| */s/* Garth J. Ridge | */s/* Kirk A. Patrick, III |
| **GARTH J. RIDGE** | Kirk A. Patrick, III (19728) |
| Attorney for Plaintiff | Matthew A. Rogers (37286) |
| Bar Roll Number: 20589 | 450 Laurel Street, Suite 1600 (70801) |
| 251 Florida Street, Suite 301 | Post Office Box 1629 |
| Baton Rouge, Louisiana 70801 | Baton Rouge, Louisiana 70821 |
| Telephone Number: (225) 343-0700 | Telephone Number: (225) 214-1908 |
| Facsimile Number: (225) 343-7700 | Facsimile Number: (225) 214-3551 |
| E-mail: GarthRidge@aol.com | E-mail:kpatrick@dps-law.com |
| | mrogers@dps-law.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of December, 2017, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                          s/Garth J. Ridge
                                                          **GARTH J. RIDGE**

Bar Roll Number:  20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com